

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 14CR2421-WQH |
|---|---|
| Plaintiff, | |
| v. | **JUDGEMENT AND ORDER DISMISSING INFORMATION WITHOUT PREJUDICE** |
| LORETO MESA-VILLEGAS, | |
| Defendant | |

Upon the government's motion and good cause being shown,

IT IS HEREBY ORDERED that the Information in Criminal Case No. 14CR2421-WQH is hereby dismissed without prejudice.

DATED: 11/19/14

HONORABLE WILLIAM Q. HAYES
United States District Judge